

**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

March 4, 2025

<u>*VIA E-Filing*</u>
Judge Charles Eskridge
515 Rusk Street
Houston, TX 77002
cc: all counsel of record

**RE:**   *Deneia M. Thomas v. The Board of Regents of Texas Southern University*; Civil Action No. 4:24-cv-04537, In the United States District Court for the Southern District of Texas, Houston Division.

Dear Judge Eskridge:

Please be advised that I will be on parental leave for approximately 12 weeks beginning March 3, 2025. During this time period, I respectfully request that no hearings, conferences, or other court appearances, or deadlines be scheduled. I would also request that no discovery take place during this time period.

Should you need to contact me during this time, please feel free to contact my legal assistant, Shanda Green, at lashanda.green@oag.texas.gov or (512) 936-1875. Thank you for your attention and assistance in this matter.

Very truly yours,

<u>/s/ *Marlayna M. Ellis*</u>
MARLAYNA M. ELLIS
Assistant Attorney General
General Litigation Division

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 – Phone
(512) 320-0667 – Fax
marlayna.ellis@oag.texas.gov
Counsel for Defendant