United States District Court
Southern District of Texas
**ENTERED**
March 24, 2025
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| DENEIA M. THOMAS, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-04537 |
| | § | |
| THE BOARD OF REGENTS OF | § | |
| TEXAS SOUTHERN UNIVERSITY; | § | |
| *Defendant.* | § | |

## ORDER

On this day came to be considered *Defendant's Motion to Stay Discovery*. After considering the motion and noting that it is unopposed, the Court is of the opinion that the motion is meritorious and should be granted.

Accordingly, it is hereby **ORDERED** that *Defendant's Motion to Stay Discovery* is **GRANTED**, and all discovery is stayed pending the Court's resolution of threshold immunity questions raised by Defendant.

SIGNED this 24th day of March, 2025.

_____
THE HONORABLE CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE