IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| DENEIA M. THOMAS,<br>    *Plaintiff,* | § § § § § § § § § § § § | CIVIL ACTION NO.: 4:24-CV-04537 |
| v. | | |
| THE BOARD OF REGENTS of<br>TEXAS SOUTHERN UNIVERSITY,<br>a government entity,<br>    *Defendant.* | | JURY TRIAL DEMANDED |

## NOTICE OF SETTLEMENT

The parties respectfully notify this Court that the parties have agreed to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and Stipulated Dismissal ("Dismissal"). Accordingly, the Plaintiff requests this Court stay all deadlines.

Plaintiff is filing this Notice with Defendant's approval and permission.

Respectfully submitted,

ROGER G. JAIN & ASSOCIATES, P.C.

_____
Blair C. Maslowski
Texas Bar No. 24123268
S.D. Tex. Bar No.: 3669071
9301 Southwest Freeway, Suite 250
Houston, Texas 77074

1

Tel.: (713) 981-0600  
Fax: (888) 200-6848  
info@rogergjain.com  
blair@rogergjain.com  
**ATTORNEY FOR PLAINTIFF**  
**DENEIA THOMAS**

## CERTIFICATE OF SERVICE

    I certify that on June 16, 2025, the foregoing document was electronically submitted to the clerk of the court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the Court. I certify that I have served all counsel of record electronically or by other manner authorized by Rule 5 of the Federal Rules of Civil Procedure.

Blair C. Maslowski

2