United States District Court
Southern District of Texas
**ENTERED**
June 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENEIA M. THOMAS, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:24-cv-04537 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| THE BOARD OF REGENTS OF TEXAS SOUTHERN UNIVERSITY, | § | |
| Defendant. | § | |

## ORDER

The parties have provided joint notice of settlement of their dispute. Dkt 30.

All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE.

Plaintiff may move within sixty days to reinstate the claims against Defendant if approval of documentation or condition precedent fails.

SO ORDERED.

Signed on June 20, 2025, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge